IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION NO. 06-0101-KD-N** |
| **v.** : | |
| : | **CIVIL ACTION NO. 08-0469-KD-N** |
| **HENRY CLIFFORD JOHNSON,** : | |
| : | |
| **Petitioner.** : | |

**ORDER**

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge dated July 17, 2009, and made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that the Petitioner's habeas petition (Doc. 43) is **DENIED.**

**DONE** and **ORDERED** this **28$^h$** day of **August 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**